# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 19 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **STANDARD CONSTRUCTION CO., INC.,** )<br><br>) | |
| **Plaintiff,** ) | |
| ) | **No. 04-2831-DP** |
| **v.** ) | **District Judge Donald** |
| ) | **Magistrate Judge Pham** |
| **MARYLAND CASUALTY CO.**<br>**and NORTHERN INSURANCE**<br>**CO. OF NEW YORK,** ) | |
| **Defendants.** ) | |

_____)

**MARYLAND CASUALTY CO.**
**and NORTHERN INSURANCE**
**CO. OF NEW YORK,**                                    )

    **Third-Party Plaintiffs,**

**v.**

**RONALD S. TERRY CONSTRUCTION**
**CO., INC.,**

    **Third-Party Defendant.**

_____)

## ~~[DRAFT]~~ ORDER GRANTING
## JOINT MOTION TO STAY PROCEEDINGS
## AND TO VACATE SCHEDULING ORDER DATES

    This Cause coming to be heard on the Joint Motion to Stay Proceedings and to

Vacate Scheduling Order Dates, filed by Plaintiff, Standard Construction Co., Inc.,

Defendants/Third-Party Plaintiffs Maryland Casualty Company and Northern Insurance

Company of New York, and Third-Party Defendant Ronald S. Terry Construction Co.,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-20-05_

6



Inc., the Court hereby GRANTS the Joint Motion for the reasons stated therein, ordering and declaring as follows:

1)      This case is STAYED pending further order of the Court;

2)      The dates established by the February 1, 2005 Scheduling Order and March 25, 2005 Notice of Setting are hereby VACATED; and

3)      The parties are to advise the Court promptly when the underlying arbitration is resolved so that a scheduling conference may be held.

**IT IS SO ORDERED.**

~~Bernice B. Donald~~ Tu M. Pham
United States ~~District~~ Judge
Magistrate

Date: July 18, 2005

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02831 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT